1

2

3

4

5

6

7        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   SUSAN D. TAAMU,

10                      Plaintiff,            CASE NO. C16-1438-TSZ-MAT

11         v.
                                               ORDER
12   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
13
                        Defendant.
14

15         The Court has reviewed the Report and Recommendation of United States Magistrate

16   Judge Mary Alice Theiler, docket no. 14, to which no timely objections have been filed.  It is

17   therefore ORDERED:

18         (1)      The Court adopts the Report and Recommendation;

19         (2)      Defendant's Motion to Dismiss (Dkt. 9) is DENIED, plaintiff's request to file an

20   amended complaint is GRANTED, the Clerk is directed to docket the amended complaint (Dkt.

21   12-1), and defendant is directed to file an amended answer within sixty (60) days of the

22   docketing of the amended complaint; and

23   / / /

ORDER
PAGE - 1

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 13th day of February, 2017.

Thomas S. Zilly
United States District Judge

ORDER
PAGE - 2